584 A.2d 215
STATE OF NEW JERSEY v. JAMES SPIKES.

May 15, 1990.

Petition for certification denied.

584 A.2d 215
STATE OF NEW JERSEY v. DONALD WRIGHT.

May 15, 1990.

Petition for certification denied.

584 A.2d 215
STATE OF NEW JERSEY v. DONALD L. HICKS.

May 15, 1990.

Petition for certification denied.

584 A.2d 215
STATE OF NEW JERSEY v. TERRENCE BYRD.

May 15, 1990.

Petition for certification denied.

584 A.2d 215
STATE OF NEW JERSEY v. CHARLES PURNELL.

May 15, 1990.

Petition for certification denied.